Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−14276−RG
        Chapter: 7
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lucrecia Rivas
   478 East 25th Street
   Paterson, NJ 07514

Social Security No.:
   xxx−xx−7507

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Eric R. Perkins, Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

   ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

   ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

   ☐    The corporate debtor is self−represented.

   ☐    Other: Failure to Cooperate with Trustee.

A hearing to determine if there is cause for dismissal will be held by the Honorable Rosemary Gambardella on,

Date: 6/20/17
Time: 10:00 AM
Location: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Dated: June 2, 2017
JAN:

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 17-14276-RG
Lucrecia Rivas                                                             Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin            Page 1 of 2           Date Rcvd: Jun 02, 2017
                          Form ID: 170           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2017.
```
db         +Lucrecia Rivas,    478 East 25th Street,    Paterson, NJ 07514-2474
cr         +TRENT BRIDGE ASSET HOLDING TRUST,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
             Suite 100,    Mt. Laurel, NJ 08054-3437
516682210  #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516682212  ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:  Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
516682213  +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516682214  +Citibank/Sears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
             Saint Louis, MO 63179-0040
516682215  +Comenity Bank/Express,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
516682216  +Eastern Account System INC,    P.O. Box 837,    Newtown, CT 06470-0837
516682217   First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
516682218  +Hsbc Bank Usa, Na,    Po Box 2013,    Buffalo, NY 14240-2013
516682219  +IC Systems, Inc,    444 Highway 96 East,    St Paul, MN 55127-2557
516682220  +Med Business Bureau,    1460 Renaissance Dr #400,    Park Ridge, IL 60068-1349
516682221  +Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
516682226  +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516682228  ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court:  Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
             Frederick, MD 21701)
516682227  +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jun 02 2017 22:29:16     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 02 2017 22:29:10     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516682222  +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2017 22:31:51     Synchrony Bank/ JC Penneys,
             Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516682225  +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2017 22:32:13     Synchrony Bank/Lowes,
             Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516682211*    +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516682223*    +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516682224*    +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin              Page 2 of 2                  Date Rcvd: Jun 02, 2017
                               Form ID: 170             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2017 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    TRENT BRIDGE ASSET HOLDING TRUST
           bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Eric R. Perkins    eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com,
           gdelmonaco@mdmc-law.com
          Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,   slahr@mdmc-law.com,
           nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
          Jeremias E Batista    on behalf of Debtor Lucrecia  Rivas jeremiasbatista@gmail.com,
           G26967@notify.cincompass.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                    TOTAL: 5