Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17−14276−RG
          Chapter: 7
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lucrecia Rivas
   478 East 25th Street
   Paterson, NJ 07514

Social Security No.:
   xxx−xx−7507

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/11/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 12, 2017
JAN: slm

                    Jeanne Naughton
                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-14276-RG
Lucrecia Rivas                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin            Page 1 of 2              Date Rcvd: Jul 12, 2017
                             Form ID: 148           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2017.
```
db          +Lucrecia Rivas,   478 East 25th Street,   Paterson, NJ 07514-2474
cr          +TRENT BRIDGE ASSET HOLDING TRUST,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,
              Suite 100,   Mt. Laurel, NJ 08054-3437
516682214   +Citibank/Sears,   Citicorp Credit Srvs/Centralized Bankrup,   Po Box 790040,
              Saint Louis, MO 63179-0040
516682216   +Eastern Account System INC,   P.O. Box 837,   Newtown, CT 06470-0837
516682217    First Premier Bank,   601 S Minneaplois Ave,   Dious FDalls, SD 57104
516682220   +Med Business Bureau,   1460 Renaissance Dr #400,   Park Ridge, IL 60068-1349
516682221   +Roundpoint Mtg,   5032 Parkway Plaza Blvd,   Charlotte, NC 28217-1918
516682226   +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
516682228   ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
              Frederick, MD 21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2017 23:24:18    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2017 23:24:12    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516682210   +EDI: BANKAMER.COM Jul 12 2017 23:08:00     Bank Of America,   Nc4-105-03-14,   Po Box 26012,
              Greensboro, NC 27420-6012
516682212    EDI: CAPITALONE.COM Jul 12 2017 23:08:00     Capital One,   15000 Capital One Dr,
              Richmond, VA 23238
516682213   +EDI: CHASE.COM Jul 12 2017 23:08:00     Chase Card,   Attn: Correspondence,   Po Box 15298,
              Wilmington, DE 19850-5298
516682215   +EDI: WFNNB.COM Jul 12 2017 23:08:00     Comenity Bank/Express,   Attn: Bankruptcy,
              Po Box 182125,   Columbus, OH 43218-2125
516682218   +EDI: HFC.COM Jul 12 2017 23:08:00     Hsbc Bank Usa, Na,   Po Box 2013,
              Buffalo, NY 14240-2013
516682219   +EDI: IIC9.COM Jul 12 2017 23:08:00     IC Systems, Inc,   444 Highway 96 East,
              St Paul, MN 55127-2557
516682222   +EDI: RMSC.COM Jul 12 2017 23:08:00     Synchrony Bank/ JC Penneys,   Attn: Bankruptcy,
              Po Box 956060,   Orlando, FL 32896-0001
516682225   +EDI: RMSC.COM Jul 12 2017 23:08:00     Synchrony Bank/Lowes,   Attn: Bankruptcy,
              Po Box 956060,   Orlando, FL 32896-0001
516682227   +EDI: WFFC.COM Jul 12 2017 23:08:00     Wells Fargo Dealer Services,   Attn: Bankruptcy,
              Po Box 19657,   Irvine, CA 92623-9657
                                                                                              TOTAL: 11
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516682211*   +Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
516682223*   +Synchrony Bank/ JC Penneys,   Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
516682224*   +Synchrony Bank/ JC Penneys,   Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Jul 12, 2017
                              Form ID: 148             Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    TRENT BRIDGE ASSET HOLDING TRUST
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric R. Perkins    eperkins@mdmc-law.com, slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com, slahr@mdmc-law.com,
               nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
              Jeremias E Batista    on behalf of Debtor Lucrecia  Rivas jeremiasbatista@gmail.com,
               G26967@notify.cincompass.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```