| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Prepared by:<br>ERIC R. PERKINS, ESQ.(7440)<br><br>ERIC R. PERKINS, ESQ., *Pro Se*<br>Chapter 7 Trustee<br>40 West Ridgewood Avenue<br>Ridgewood, New Jersey  07450<br>(201) 445-6722 | <br>**Order Filed on July 11, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>**LUCRECIA RIVAS,**<br><br>Debtor | Case No.: 17-14276<br><br>Adv. No.:<br><br>Hearing Date: June 20, 2017<br><br>Judge: Rosemary Gambardella |

# ORDER DISMISSING CHAPTER 7 PROCEEDING

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 11, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**DEBTOR:**       LUCRECIA RIVAS

**CASE NO.:**     17-14276

**Caption of Order:**     **ORDER DISMISSING CHAPTER 7 PROCEEDING**

---

    **THIS MATTER** having been opened to the Court by Eric R. Perkins, Chapter 7 Trustee of Debtor Lucrecia Rivas, annexed Motion to Dismiss Chapter 7 Proceeding, and due to cause appearing; it is

    **ORDERED** that the Chapter 7 Bankruptcy Petition filed by Debtor Lucrecia Rivas, is hereby dismissed; and it is further

    **ORDERED** that any discharge previously granted, in this matter, be and is revoked; and it is further

    **ORDERED** that the moving party shall serve a filed copy of this Order to all parties to this action within _7_ days from the date of receipt.

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 17-14276-RG
Lucrecia Rivas                                                Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin              Page 1 of 1            Date Rcvd: Jul 12, 2017
                               Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2017.
db             +Lucrecia Rivas,    478 East 25th Street,    Paterson, NJ 07514-2474

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    TRENT BRIDGE ASSET HOLDING TRUST
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric R. Perkins    eperkins@mdmc-law.com, slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com, slahr@mdmc-law.com,
               nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
              Jeremias E Batista    on behalf of Debtor Lucrecia  Rivas jeremiasbatista@gmail.com,
               G26967@notify.cincompass.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5